UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| CONCORD GENERAL MUTUAL INSURANCE COMPANY, <br><br> Plaintiff <br><br> v. <br><br> MILLIE WINHAM, BRUCE WINHAM and MMG INSURANCE COMPANY, <br><br> Defendants | Docket No.: 1:13-cv-00232 |

## NOTICE OF DISMISSAL

NOW COMES the plaintiff, Concord General Mutual Insurance Company, by and through its counsel, Barbara R. Blackman, Esq. and pursuant to F.R.C.P. 41, hereby dismisses the above-captioned matter without prejudice.

Dated in Burlington, Vermont this 11th day of October, 2013.

        CONCORD GENERAL MUTUAL INSURANCE
        COMPANY


        By: /s/Barbara R. Blackman
           Barbara R. Blackman, Esq.
           Lynn, Lynn & Blackman, P.C.
           Attorneys for Concord General Mutual
           Insurance Company
           76 St. Paul Street, Suite 400
           Burlington, VT 05402

c: Thomas J. Sherrer, Esq.
   Shapleigh Smith, Jr., Esq.